**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-4368

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE S. DIAMOND,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CR-02-205)

Submitted: October 5, 2005          Decided: October 26, 2005

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank W. Dunham, Jr., Federal Public Defender, Larry W. Shelton, Supervisory Assistant Federal Public Defender, Norfolk, Virginia, for Appellant. Paul Joseph McNulty, United States Attorney, Alexandria, Virginia, Alan Mark Salsbury, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George S. Diamond appeals the district court's order revoking his supervised release and sentencing him to twenty-four months' imprisonment. Counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting there are no non-frivolous grounds for appeal, but suggesting that the term of imprisonment imposed by the district court is plainly unreasonable.[*] Diamond was notified of his right to file a pro se supplemental brief, but he has not done so.

We have reviewed the record and conclude that Diamond's sentence is within the statutory maximum sentencing range, and the district court's revocation proceedings otherwise comport with due process. See 18 U.S.C. § 3583 (2000). Moreover, we conclude that the district court did not abuse its discretion in sentencing Diamond to the maximum term permitted by statute. Finding no error, we affirm the judgment of the district court.

This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to

---

[*]Because the sentencing guidelines relating to revocation of supervised release have always been advisory, see U.S. Sentencing Guidelines Manual Ch. 7, Pt. A, the sentence in this appeal is not impacted by the decision in United States v. Booker, 125 S. Ct. 738 (2005).

withdraw from representation.  Counsel's motion must state that a copy thereof was served on the client.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED